


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KRISTI DUDLEY,

    Plaintiff,

v.                                        Civil Action No. 3:10cv00203-REP

BONDED CREDIT BUREAU, INC.,
t/a DRS BONDED,

    Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs hereby **DISMISS WITH PREJUDICE her** Complaint against Defendant, BONDED CREDIT BUREAU, INC., t/a DRS BONDED, all parties to bear their own costs and attorneys' fees.

SO ORDERED:

DATE: May 6, 2010                    /s/  REP
                                      Judge, United States District Court for
                                       the Eastern District of Virginia
                                       Robert E. Payne

DATED:                               John Cole Gayle, Jr., VSB #018833
                                       The Consumer Law Group, P.C.
                                       5905 West Broad Street, Suite 303
                                       Richmond, VA 23230
                                       804/282-7900
                                       804/673-0316 (Fax)
                                       jgayle@theconsumerlawgroup.com

                                       Counsel for Plaintiff